# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 360 MORTGAGE GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. _____ |
| | ) | |
| CASTLE MORTGAGE CORPORATION | ) | |
| and LOANCARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CONSENT TO REMOVAL

Defendant Castel Mortgage Corporation, by counsel, give the Court and the parties to this action Notice of their affirmative consent to the removal of this action from the District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division. Defendant Castle Mortgage Corporation hereby fully joins in with the Notice of Removal filed by Defendant LoanCare, LLC, and to which this Notice is attached as an Exhibit.

Dated: April 23_____, 2018

Respectfully submitted,

CASTLE MORTGAGE
CORPORATION

By: _____
Of Counsel

John E. Jacobs, Esq.
Maddin, Hauser, Roth & Heller, P.C.
28400 Northwesern Highway
Suite 200-Essex Centre
Southfield, MI 48034
Email: jjacobs@maddinhasuer.com
Telephone: (248) 354-4030
*Counsel for Castle Mortgage Corporation*