# EXHIBIT C

CAUSE NO.   D-1-GN-18-001510

| | | |
|---|---|---|
| 360 MORTGAGE GROUP, LLC, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff*, | § | OF TRAVIS COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | 200TH JUDICIAL DISTRICT |
| CASTLE MORTGAGE CORPORATION | § | |
| and LOANCARE, LLC, | § | |
| | § | |
| *Defendants*. | | |

## DEFENDANT LOANCARE, LLC'S
## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the District Court of Travis County, Texas to the United States District Court for the Western District of Texas (Austin Division) (a copy of which, including exhibits, is attached as **Exhibit A**) was filed on the 23rd day of April 2018 by Defendant LoanCare, LLC, pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, and with the consent of Defendant Castle Mortgage Corporation, in the Western District of Texas (Austin Division), thereby effecting removal of this action.

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1446(d) the District Court of Travis County shall not proceed further.

Dated:  April 23, 2018

Respectfully submitted,

TROUTMAN SANDERS LLP

By:   /s/ *Virginia Bell Flynn*
      VIRGINIA BELL FLYNN
      Texas Bar No. 24101258
      4320 Fairfax Avenue
      Dallas, Texas 75205
      Telephone: (804) 697-1480
      Email: virginia.flynn@troutman.com

      ATTORNEYS FOR DEFENDANT
      LOANCARE, LL

34906827v1

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that on April 23, 2018, I caused a true and correct copy of the above and foregoing ***Notice of Filing and Notice of Removal*** to be served upon the following individuals via electronic mail through ESPS:

>Jason W. Snell
>John Robert Skrabanek
>W. Lance Cawthon
>The Snell Law Firm, P.L.L.C.
>Chase Tower
>221 W. 6th Street, Suite 900
>Austin, Texas 78701

By:    /s/ *Virginia Bell Flynn*
          VIRGINIA BELL FLYNN
          TROUTMAN SANDERS, LLP
          Texas Bar No. 24101258
          4320 Fairfax Avenue
          Dallas, Texas 75205
          Telephone: (804) 697-1480
          Email: virginia.flynn@troutman.com