IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 360 MORTGAGE GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-332-RP |
| CASTLE MORTGAGE CORPORATION and LOANCARE, LLC, | § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the court issued an order adopting the report and recommendation of Magistrate Judge Andrew W. Austin and dismissed all of Plaintiff's claims in this case without prejudice. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **MOOT**.

**SIGNED** on June 13, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE